UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES REUBEN FUNK, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-CV-0548 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| JOHN E. WETZEL, | : | |
| Defendant | : | |

## ORDER

**AND NOW, THIS 12TH DAY OF MAY, 2015**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 6), is **GRANTED** for the sole purpose of filing the above-captioned action;

2. Plaintiff's complaint, (Doc. 1), is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

3. The Clerk of Court is directed to **CLOSE** this case; and

4. Any appeal taken from this Order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

/s/ William J. Nealon
**United States District Judge**